**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| APRIL CARLSON<br><br>Plaintiff,<br><br>vs.<br><br>VILLAGE OF PINGREE GROVE, PINGREE P.O. MCCULLOCH #131, in his individual capacity, PINGREE P.O. BLAIR in his individual capacity and supervisory capacity, KANE COUNTY, KANE COUNTY SHERIFF HAIN in his official capacity, KANE COUNTY SHERIFF DEPUTY GREGORY #151 in his individual capacity,<br><br>Defendants. | ) | Case No.: 2020-cv-01142<br><br>Magistrate Judge Jeffrey Cole |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), Plaintiff, APRIL CARLSON, voluntarily dismisses its claims against Defendants, VILLAGE OF PINGREE GROVE, PINGREE P.O. MCCULLOCH #131, in his individual capacity, PINGREE P.O. BLAIR in his individual capacity and supervisory capacity, KANE COUNTY, KANE COUNTY SHERIFF HAIN in his official capacity, KANE COUNTY SHERIFF DEPUTY GREGORY #151 in his individual capacity, with prejudice and without costs.

The parties stipulate that this dismissal is with prejudice and without assessment of costs or fees; each party to bear its own costs and fees.

Attorney for Plaintiff: Michael Schmiege (Lead)
Law Offices of Michael Schmiege, P.C.
33 East 1st Street, Second Floor
Hinsdale, IL 60521
Telephone: (312) 626-2400
Email: mikeschmiege@gmail.com

Attorney for Kane County,
Kane County Sheriff Ron
Hain and Kane County
Deputy Sheriff Gregory:
Erin Brady
Kane County State's Attorney's Office
100 S. Third Street, 4th Floor
Geneva, IL 60134
Telephone: (630) 232-3519
Email: troostdawn@co.kane.il.us
bradyerin@co.kane.il.us

Attorney for Village of
Pinegree Grove,
Pingree P.O. Blair and
Gregory McCulloch: Daniel Whiston (Lead)
SmithAmundsen, LLC
3815 East Main Street, Suite A-1
St. Charles, Illinois 60174
Telephone: (630) 587-7910
Email: dwhiston@salawus.com